*JULY 1830.*

Draughan
v.
Tombeckbee
Bank.

[a] Laws of Ala. 481.

---

## Adams v. Adams.

Judgment of affirmance may be rendered in this Court, on certificate, in cases of appeal, as well as of writs of error.

Spencer Adams Jr., by his attorney, produced in this Court, the certificate of the Clerk of the County Court of Dallas county, shewing that a final order had been made in the Orphans' Court in said county, appointing guardians for Spencer Adams Sen., who had been regular-

8

JULY 1830.

Adams
v
Adams.

ly adjudged *non compos mentis*; and that an appeal to this Court had been claimed from this order by the counsel for the defendant, which was allowed by the Judge of the Orphans' Court. No transcript of the record having been filed in this Court within the first three days of the term, as required by law.

GORDON, on behalf of the petitioner in the writ of lunacy, now moved this Court for an affirmance of the order of the Orphans' Court, on the certificate.

By JUDGE COLLIER. The act of 1819, which authorizes the affirmance when the record is not filed within the first three days of the term embraces by express language only writs of error. Yet we cannot discover that any rule of interpretation would be thwarted by extending an affirmance, on certificate, to cases in which appeals are taken from inferior jurisdictions to this Court; and believing that such an extension would be compatible with the equity and reason of the act, we grant an affirmance of the order.*

---

* NOTE. On a shewing made to the Court, that the appeal was properly returnable to the next term only, and not the present term, and that this was the reason why the record was not filed, this judgment of affirmance, was subsequently set aside on motion of Thorington, counsel for the appellee